UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-246-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR RESTITUTION** |
| v. | ) | |
| | ) | |
| MITCHELL BRIAN HUFFMAN, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the parties' Proposed Joint Stipulations

Regarding Restitution. (Doc. No. 23).

At sentencing of this matter, the Court left open the final determination of restitution, as

authorized by 18 U.S.C. § 3664(d)(5).    Since that time, the parties have proposed joint

stipulations regarding restitution, including a list of victims and losses. (Doc. No. 23, Exhibit A).

The Court finds that these stipulations are supported by a preponderance of the evidence, for

purposes of restitution under the Mandatory Victim Restitution Act at 18 U.S.C. § 3663A.

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the Joint

Stipulations, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in

this case shall be amended to include a final restitution figure of $2,415,645.29 and to identify

the victims and loss amounts set forth in Exhibit A to the Joint Stipulations, (Doc. No. 23).

Signed: December 3, 2013

Robert J. Conrad, Jr.
United States District Judge